UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**MINUTES OF PROCEEDINGS**
GRAND JURY

FILED _____    RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

**SEP 2 4 2025**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DATE: __9/24/2025__                    TIME: __1:05pm to 1:07pm__

PRESENT:

THE HONORABLE:

☐   NANCY J. KOPPE, U.S. Magistrate Judge

☐   BRENDA WEKSLER, U.S. Magistrate Judge

☐   DANIEL J. ALBREGTS, U.S. Magistrate Judge

☐   ELAYNA J. YOUCHAH, U.S. Magistrate Judge

☑   MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge

☐   _____

COURTROOM ADMINISTRATOR:

☐   ARI C.

☐   JEFF M.

☐   ANGELA R.

☐   ELVIA G.

☑   TAWNEE R.

☐   CHANTAL T.

☐   _____

COURT RECORDER:

☑   NATASHA BACHMAN

☐   PHYLLIS ANDERSON

☐   _____

COURTROOM:

☑   3A          ☐   3C

☐   3B          ☐   3D

ASSISTANT UNITED STATES ATTORNEY: __Skyler Pearson__

A roll call of the Grand Jury is taken with __16__ members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.

## GRAND JURY CALENDAR for SEPTEMBER 24, 2025

### United States District Court at Las Vegas, Nevada.  August 7, 2024, Term.

#### Regular Grand Jury 24-01

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|
| 2:25-cr-00297-JAD-MDC<br>2:25-mj-663-BNW | | | | |
| SP | GUY ROLLEN MIRANDA | 18/113(a)(3)<br>18/113(a)(4) | NPS | LOCAL<br>FEDERAL<br>CUSTODY |

A&P, Tuesday, September 30, 2025, at 2:30 p.m., Courtroom 3A, DJA

| | | | | |
|---|---|---|---|---|
| 2:25-cr-00298-CDS-EJY<br>2:25-mj-688-EJY | | | | |
| TS | KETTY DILONE | 49/46504<br>18/113(a)(4)<br>49/46506(1) | FBI | LOCAL<br>FEDERAL<br>CUSTODY |

A&P, Tuesday, September 30, 2025, at 2:30 p.m., Courtroom 3A, DJA

FILED _____    RECEIVED _____
ENTERED _____    SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 24 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____                    DEPUTY